IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDDIE FRANKLIN MILLER, 1085236, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:06-CV-1802-K |
| ) | ECF |
| NATHANIEL QUARTERMAN, ) | |
| Director TDCJ-CID, ) | |
|     Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 18th day of February, 2008.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE